**Fill in this information to identify the case:**

Debtor 1: Douglas W Fritts

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Indiana
(State)

Case number: 19-70489-AKM-13

Official Form 410S1

# Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 5 6 0 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 8/1/2021

**New total payment:** $ 509.21
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 145.50          New escrow payment: $ 197.65

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

Debtor 1    Douglas W Fritts
First Name    Middle Name    Last Name

Case number (*if known*) 19-70489-AKM-13

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ SUSAN M WOOLLEY
Signature

Date 6/10/2021

Print: SUSAN M. WOOLLEY
First Name    Middle Name    Last Name

Title: Attorney for Freedom Mortgage Corporation

Company: Feiwell & Hannoy, P.C.

Address: 8415 Allison Pointe Blvd., Suite 400
Number    Street

Indianapolis, IN  46250
City    State    ZIP Code

Contact phone (317) 237-2727

Email SWOOLLEY@feiwellhannoy.com

<u>CERTIFICATE OF SERVICE</u>

      The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on June 10, 2021, to the following:

Douglas W Fritts
Debtor
1420 Delmar Ave
Evansville, IN 47712-4666

Lloyd E. Koehler
Attorney at Law
400 Pearl St Ste 200
New Albany, IN 47150

Robert P. Musgrave
Trustee
P.O. Box 972
Evansville, IN 47706

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

                      <u>/s/ SUSAN M WOOLLEY</u>
                      SUSAN M. WOOLLEY, Attorney No. 15000-64

REPRESENTATION OF PRINTED DOCUMENT
Case 19-70489-AKM-13    Doc    Filed 06/10/21    EOD 06/10/21 14:40:57    Pg 4 of 6



**FREEDOM MORTGAGE**®
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

**Escrow Account Disclosure Statement**

### Account Information

| | |
|---|---|
| Loan Number: | Redacted |
| Property Address: | 1420 DELMAR AVE |
| | EVANSVILLE IN 47712 |
| Statement Date: | 06/01/2021 |
| Current Payment Amount: | $457.06 |
| **New Payment Amount:** | **$509.21** |
| **New Payment Effective Date:** | **08/01/2021** |

Redacted

DOUGLAS W FRITTS
BONNIE J FRITTS
1420 DELMAR AVE
EVANSVILLE IN 47712-4666

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowners insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent analysis, you have a shortage of $410.95 in your escrow account. This shortage likely was caused by changes in your taxes and/or insurance. A shortage may also result if full monthly escrow payments have not been made to your account. To see these changes, refer to Part 2. We will automatically spread the shortage amount over 12 months of future monthly escrow payments.

| | |
|---|---|
| Projected Minimum Balance | $323.68 |
| - Required Minimum Balance | $326.82 |
| Shortage Amount | $410.95 |

The required minimum balance is also known as the escrow cushion. The required minimum balance or escrow cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As escrow items are subject to change each year, the amounts in Part 3 are only estimates.

### PART 1 — Your Mortgage Payment

Payment information beginning with your 08/01/2021 payment

The escrow shortage amount will automatically be spread over 12 months. Your new monthly payment will be $509.21.

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest | $311.56 | $311.56 |
| Escrow Payment | $145.50 | $163.41 |
| Shortage Spread: | $0.00 | $34.24 |
| **Total Payment:** | **$457.06** | **$509.21** |

**NOTICE:** Freedom Mortgage Corporation is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

(This space intentionally left blank)

INTERNET REPRINT



## PART 2 — Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

**Previous Year's Projections (Estimated)**

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
|  |  |  | Beginning Balance | $873.00 |
| Aug 2020 | $145.50 | $0.00 |  | $1,018.50 |
| Sep 2020 | $145.50 | $0.00 |  | $1,164.00 |
| Oct 2020 | $145.50 | $0.00 |  | $1,309.50 |
| Nov 2020 | $145.50 | $0.00 |  | $1,455.00 |
| Dec 2020 | $145.50 | $0.00 |  | $1,600.50 |
| Jan 2021 | $145.50 | $0.00 |  | $1,746.00 |
| Feb 2021 | $145.50 | $0.00 |  | $1,891.50 |
| Mar 2021 | $145.50 | $1,746.00 | HOMEOWNERS | $291.00 |
| Apr 2021 | $145.50 | $0.00 |  | $436.50 |
| May 2021 | $145.50 | $0.00 |  | $582.00 |
| Jun 2021 | $145.50 | $0.00 |  | $727.50 |
| Jul 2021 | $145.50 | $0.00 |  | $873.00 |
| **Total** | **$1,746.00** | **$1,746.00** |  |  |

**Actual Activity**

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
|  |  |  | Beginning Balance | ($409.91) |
| Aug 2020 | $135.91 | $0 00 |  | ($274.00) |
| Sep 2020 | $135.91 | $0 00 |  | ($138.09) |
| Oct 2020 | $135.91 | $0 00 |  | ($2.18) |
| Nov 2020 | $135.91 | $0 00 |  | $133.73 |
| Dec 2020 | $0.00 | $0 00 |  | $133.73 |
| Jan 2021 | $271.82 | $0 00 |  | $405.55 |
| Feb 2021 | $135.91 | $1,961 00 * |  | ($1,419.54) |
| Mar 2021 | $135.91 | $0 00 |  | ($1,283.63) |
| Apr 2021 | $135.91 | $0 00 |  | ($1,147.72) |
| May 2021 | $145.50 | $0 00 |  | ($1,002.22) |
| Jun 2021 | $0.00 | $0 00 | E | ($1,002.22) |
| Jul 2021 | $0.00 | $0 00 | E | ($1,002.22) |
| **Total** | **$1,368.69** | **$1,961.00** |  |  |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on Escrow which is not estimated.

Redacted

(This space intentionally left blank)

**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

**Escrow Account Disclosure Statement**

| Account Information | Page 2 |
|---|---|
| Loan Number: | Redacted |
| Property Address: | 1420 DELMAR AVE EVANSVILLE IN 47712 |
| Statement Date: | 06/01/2021 |
| Current Payment Amount: | $457.06 |
| New Payment Amount: | $509.21 |
| New Payment Effective Date: | 08/01/2021 |

Redacted
DOUGLAS W FRITTS
BONNIE J FRITTS
1420 DELMAR AVE
EVANSVILLE IN 47712-4666

## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $1,961.00 |
| Total Disbursements | $1,961.00 |

Freedom expects to pay $1,961.00 over the next 12 months.
Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $1,961.00 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$163.41** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $569.59 | $980.54 |
| Aug 2021 | $163.41 | $0.00 | | $733.00 | $1,143.95 |
| Sep 2021 | $163.41 | $0.00 | | $896.41 | $1,307.36 |
| Oct 2021 | $163.41 | $0.00 | | $1,059.82 | $1,470.77 |
| Nov 2021 | $163.41 | $0.00 | | $1,223.23 | $1,634.18 |
| Dec 2021 | $163.41 | $0.00 | | $1,386.64 | $1,797.59 |
| Jan 2022 | $163.41 | $0.00 | | $1,550.05 | $1,961.00 |
| Feb 2022 | $163.41 | $0.00 | | $1,713.46 | $2,124.41 |
| Mar 2022 | $163.41 | $1,961.00 | HOMEOWNERS | ($84.13) | $326.82 * |
| Apr 2022 | $163.41 | $0.00 | | $79.28 | $490.23 |
| May 2022 | $163.41 | $0.00 | | $242.69 | $653.64 |
| Jun 2022 | $163.41 | $0.00 | | $406.10 | $817.05 |
| Jul 2022 | $163.41 | $0.00 | | $569.51 | $980.46 |
| | $1,960.92 | $1,961.00 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 — What This Means to You

Your escrow balance is less than the required minimum balance or cushion in your account. The resulting shortage is $410.95.

The Escrow shortage has been spread over 12 months. Including the shortage, your new total monthly payment will be $509.21.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment.

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

LOAN NUMBER  Redacted